(ORDER LIST: 593 U.S.)

TUESDAY, APRIL 27, 2021

ORDER IN PENDING CASE

20A160    ROLLS-ROYCE PLC V. SERVOTRONICS, INC.

The application for stay presented to The Chief Justice and by him referred to the Court is denied. Justice Alito took no part in the consideration or decision of this application.